Robert Dugan
117 S. Honeysuckle Ln
Gilbert, AZ, 85296
480-335-0046

Case 2:23-cv-02540-SHD  Document 1  Filed 12/08/23  Page 1 of 6

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Dugan,<br><br>    Plaintiff,<br><br>v.<br><br>Charles Schwab & Co., Inc.<br><br>    Defendant. | Case No. CV23-02540-PHX-DMF<br><br>**COMPLAINT**<br><br>**(Jury Trial Demanded)** |

Plaintiff, Robert Dugan ("Plaintiff"), for his complaint against Defendant, Charles Schwab & Co., Inc. ("Defendant"), alleges as follows:

1. Plaintiff, Robert Dugan, is a resident of Maricopa County, Arizona.
2. Upon information and belief, Defendant, Charles Schwab & Co., Inc., is a corporation organized and existing under the laws of California and is authorized to do business in the State of Arizona.
3. The events giving rise to Plaintiff's claim occurred in this jurisdiction in Maricopa County, Arizona. Venue is appropriate pursuant to 28 U.S.C. §1391(b)(2).
4. Plaintiff's claims arise under federal statutes and this Court has subject matter jurisdiction provided by 42 U.S.C. §12112.
5. Plaintiff was employed by Defendant as a Private Client Advisor from November 15, 2021 through March 16, 2022.
6. Plaintiff earned a salary of $156,000.00 per year and received a full array of benefits.
7. Defendant was informed on two occasions that Plaintiff suffers from generalized anxiety disorder, which is a disability under the Americans with Disabilities Act ("ADA").
8. Plaintiff even notified Defendant of his disability before his employment began.
9. After Plaintiff reported his disability, Defendant did not engage in the interactive process with him as required by law.
10. On or around March 14, 2022, Plaintiff took Clonazepam to relieve his anxiety while on a flight for Defendant's work sponsored trip.
11. Plaintiff was not scheduled to work the day of his flight; he was only scheduled to work the day after he flew into the event in San Diego.
12. Following Plaintiff's flight, Defendant alleged that Plaintiff had slurred speech and terminated his employment while declaring, "He could not take medication that affected his cognitive ability."
13. Plaintiff did not drink any alcohol the day of his flight, but Defendant falsely alleged that Plaintiff did drink alcohol both before and during the flight.
14. Nonetheless, Defendant terminated Plaintiff for taking the Clonazepam the day of his flight.
15. Defendant failed to accommodate Plaintiff's disability. Again, Defendant did not engage in the interactive process as required by the ADA.
16. Plaintiff filed a charge of discrimination with the EEOC on or about June 30, 2022. *See* Exhibit "A".
17. A Right to Sue Letter was issued by the EEOC on or about September 28, 2023. *See* Exhibit "B".

18. Plaintiff has timely filed this litigation.

## COUNT ONE: DISCRIMINATION
## 42 U.S.C. §12112

19. Plaintiff incorporates his prior allegations in paragraphs 1 through 18 as if fully set forth herein.
20. Defendant engaged in unlawful employment practices in violation of 42 U.S.C. §12112, by terminating Plaintiff because of his disability.
21. 42 U.S.C. §12112 prohibits employers from discriminating against a qualified individual on the basis of disability in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, and other terms, conditions, and privileges of employment.
22. Plaintiff suffered from a disability covered by the ADA which limited Plaintiff's major life activities. Alternatively, Defendant regarded Plaintiff as having a disability.
23. After Plaintiff reported his disability, Defendant did not engage in the interactive process with her as required by law.
24. Instead, Defendant terminated Plaintiff's employment.
25. As a direct and proximate result of the discrimination and termination, Plaintiff suffered embarrassment, humiliation, mental and physical anguish, and monetary damages.
26. The economic and emotional injuries have resulted in damages in an amount to be proven at trial.
27. Defendant's conduct, as alleged herein, constitutes unlawful intentional discrimination and entitles Plaintiff to an award of punitive damages pursuant to 42 U.S.C. § 1981a(2). Defendant engaged in a discriminatory practice with malice or with reckless indifference to the federally protected rights of Plaintiff.

## COUNT TWO: RETALIATION
## 42 U.S.C. §2000e-3(a)

28. Plaintiff incorporates his prior allegations in paragraphs 1 through 27 as if fully set forth herein.
29. 42 U.S.C. §2000e-3(a) prohibits employers from discriminating against an employee "because he has opposed any practice made an unlawful employment practice by this subchapter..." 42 U.S.C. § 2000e-3(a).
30. Plaintiff reported his disability for anxiety to Defendant.
31. While on a work sponsored trip, Plaintiff reported to Defendant that he had taken Clonazepam and that it "can cause slurred speech."
32. Plaintiff took his Clonazepam as prescribed to treat his anxiety condition that is a disability protected by the ADA.
33. As a result of Plaintiff's use of his medication and notification to Defendant of doing so, Defendant took materially adverse actions against Plaintiff which ultimately concluded with his termination.
34. Defendant's adverse actions constituted retaliatory workplace harassment.
35. Defendant's retaliatory actions were sufficient to deter a reasonable person from engaging in protected activity under Title VII of the Civil Rights Act.
36. As a direct and proximate result of Defendant's retaliation, Plaintiff has sustained, and will continue to sustain, economic and emotional injuries, resulting in damages in an amount to be proven at trial.

## DEMAND FOR JURY TRIAL

37. Plaintiff demands a jury trial on all allegations in this Complaint.

WHEREFORE, Plaintiff requests the following relief:
- A. Full damages, including lost wages, salary, employment benefits, front pay, back pay, or other compensation in an amount to be proven at trial;
- B. Compensatory damages for Plaintiff's emotional distress, pain and suffering, in an amount to be proven at trial;
- C. Punitive damages in an amount to be proven at trial;
- D. Interest on the foregoing amounts at the prevailing rate;
- E. Attorneys' fees and costs as provided by statute on her Federal claims;
- F. Any further amounts the Court deems just and appropriate.

RESPECTFULLY SUBMITTED this _day of _____12/8_____, 2023.

By:    /s/ _____
       Robert Dugan
       *Plaintiff Pro Per*

## ☐VERIFICATION

ROBERT DUGAN hereby declares under penalty of perjury as follows:

    I am the Plaintiff in this action. I have read the Complaint. By signing below, I certify to the best of my knowledge, information, and belief that this Complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Complaint otherwise complies with the requirements of Rule 11.

Date                                                   ROBERT DUGAN

-3-

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | |

**Arizona Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Robert Dugan | (480) 335-0046 | 7/3/1984 |

| Street Address | City, State and ZIP Code |
|---|---|
| 117 S Honeysuckle Ln | Gilbert, AZ 85296 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Charles Schwab | 500+ | (800) 435-4000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2423 E Lincoln Dr | Phoenix, AZ 85016 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 3/16/22   Latest: 3/16/22

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the Company as a Private Client Advisor from November 15, 2021 through March 16, 2022.

The Company was informed on two occasions that I suffer from generalized anxiety disorder, which is a disability under the Americans with Disabilities Act ("ADA"). Moreover, on March 14, 2022, I took Clonazapam to relieve my anxiety while on a flight for a Company sponsored trip. Clonazapam has a known side effect of slurred speech. I was not scheduled to work until the day after I landed. But following the flight, the Company alleged that I had slurred my speech and terminated my employment stating, "[I] could not take medication that affected [my] cognitive ability." Obviously, the Company failed to engage in the interactive process and terminated me because of my disability.

The Company's conduct, as alleged above, violated the Americans With Disabilities Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 30, 2022

*Robert Dugan (Jun 30, 2022 10:19 PDT)*

Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [ ] FEPA<br>[X] EEOC | |

Arizona Civil Rights Division                                 and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>**Robert Dugan** | Home Phone (Incl. Area Code)<br>**(480) 335-0046** | Date of Birth<br>**7/3/1984** |
|---|---|---|
| Street Address<br>**117 S Honeysuckle Ln** | City, State and ZIP Code<br>**Gilbert, AZ 85296** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**Charles Schwab** | No. Employees, Members<br>**500+** | Phone No. (Include Area Code)<br>**(800) 435-4000** |
|---|---|---|
| Street Address<br>**2423 E Lincoln Dr** | City, State and ZIP Code<br>**Phoenix, AZ 85016** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **3/16/22**   Latest **3/16/22**

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the Company as a Private Client Advisor from November 15, 2021 through March 16, 2022.

The Company was informed on two occasions that I suffer from generalized anxiety disorder, which is a disability under the Americans with Disabilities Act ("ADA"). Moreover, on March 14, 2022, I took Clonazapam to relieve my anxiety while on a flight for a Company sponsored trip. Clonazapam has a known side effect of slurred speech. I was not scheduled to work until the day after I landed. But following the flight, the Company alleged that I had slurred my speech and terminated my employment stating, "[I] could not take medication that affected [my] cognitive ability." Obviously, the Company failed to engage in the interactive process and terminated me because of my disability.

The Company's conduct, as alleged above, violated the Americans With Disabilities Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 30, 2022    *Robert Dugan (Jun 30, 2022 10:19 PDT)*
Date                Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| **To:** Robert Dugan<br>117 S. Honeysuckle Ln<br>Gilbert, AZ 85296 | **From:** Phoenix District Office<br>3300 North Central Avenue, Suite 690<br>Phoenix, AZ 85012 |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2022-03993 | **JEREMY YUBETA,**<br>**Enforcement Manager** | 602-661-0015 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

More than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____  9/28/2023

Enclosures(s)     **For Nancy Sienko**
**Acting District Director**

cc:  Cheyenne Camarena
    OGLETREE DEAKINS
    2415 E CAMELBACK RD STE 800
    Phoenix, AZ 85016

    Michael Sears
    CHARLES SCHWAB
    211 Main St., SF211MN-6-451
    San Francisco, CA 94105

    Elliot S Isaac
    Law Offices of Eliott Isaac
    14820 N. Cave Creek Rd, #3
    Phoenix, AZ 85032